# In re BRAND–NAME PRESCRIPTION DRUGS ANTITRUST LITIGATION

## No. MDL–997.

Judicial Panel on Multidistrict Litigation.

Oct. 19, 2001.

Before WM. TERRELL HODGES, Chairman, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,* JULIA SMITH GIBBONS, D. LOWELL JENSEN * and J. FREDERICK MOTZ,* Judges of the Panel.

## REMAND ORDER

WILLIAM TERRELL HODGES, Chairman.

This matter is before the Panel on the defendants'[1] motion, pursuant to Rule 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436–38 (2001), to vacate the Panel's order separating the Sherman Antitrust Act claims from the Robinson–Patman Act claims in the actions listed on Schedule A and conditionally remanding the Sherman Act claims to their respective transferor courts as suggested in an order entered by the transferee court. All responding plaintiffs oppose the motion to vacate and support remand of these claims.

On the basis of the papers filed and hearing session held, the Panel finds that remand of the Sherman Act claims in these MDL–997 centralized actions is appropriate at this time. The following quotation from an earlier Panel opinion is very instructive:

---

* Judges Selya, Jensen and Motz did not participate in the decision of this matter.

1. Ciba–Geigy Corporation (now merged into Novartis Pharmaceuticals Corp.); Sandoz Pharmaceuticals Corporation (now merged into Novartis Pharmaceuticals Corp.); Novartis Pharmaceuticals Corporation; Abbott Laboratories; American Home Products Corporation (including American Cyanamid Company); Bristol–Myers Squibb Company; Eli Lilly and Company; G.D. Searle & Company; Glaxo Wellcome Inc.; Hoechst Marion Roussel (now merged into Aventis Pharmaceuticals Inc.); Hoffmann–LaRoche Inc.; Johnson & Johnson; Knoll Pharmaceutical Company; Merck & Company, Inc.; Pharmacia & Upjohn Company (now known as Pharmacia Corporation); Pfizer Inc.; The Purdue Frederick Company; Rhone–Poulenc Rorer, Inc. (now merged into Aventis Pharmaceuticals Inc.); Schering–Plough Corporation; SmithKline Beecham Corporation; Warner–Lambert Company; and Zeneca Inc.

The Panel's Rules of Procedure provide that the Panel shall consider the question of remand on the motion of any party, on the suggestion of the transferee court or on the Panel's own initiative. Rule [7.6(c) ], R.P.J.P.M.L., [199] F.R.D. [425, 437 (2001) ]. In considering the question of remand, the Panel has consistently given great weight to the transferee judge's determination that remand of a particular action at a particular time is appropriate because the transferee judge, after all, supervises the day-to-day pretrial proceedings. *See, e.g., In re IBM Peripheral EDP Devices Antitrust Litigation,* 407 F.Supp. 254, 256 (Jud.Pan.Mult.Lit.1976).

*In re Holiday Magic Securities and Antitrust Litigation,* 433 F.Supp. 1125, 1126 (Jud.Pan.Mult.Lit.1977).

■ Whether Section 1407 remand is appropriate for actions or claims in any particular multidistrict docket is based upon the totality of circumstances involved in that docket. In the matter now before us, Judge Charles P. Kocoras issued a suggestion of Section 1407 remand of the Sherman Act claims which explains his view that remand of these claims has become appropriate. We agree that separation and remand of the Sherman Act claims is now appropriate.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the Sherman Act claims in the actions listed on the attached Schedule A are separated and remanded from the Northern District of Illinois to their respective transferor courts.

### SCHEDULE A

*Northern District of Illinois*

*Ladas Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–7431 (ALS, C.A. No. 1:94–394)

*Yesterday's Pharmacy, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–7329 (ALS, C.A. No. 1:95–262)

*Kelly Namour, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–5689 (ARE, C.A. No. 1:95–23)

*Kelly Namour, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–2899 (ARE, C.A. No. 4:94–139)

*Joe McCutcheon's Health Services, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–158 (ARE, C.A. No. 4:94–728)

*Lawrence Adams, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2805 (ARE, C.A. No. 4:95–153)

*Jones Drug Co., Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–4812 (AZ, C.A. No. 4:95–189)

*Paradise Drugs Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–1001 (CAN, C.A. No. 5:94–20819)

*Bob's Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2617 (CAN, C.A. No. 5:95–20105)

*Medical Building Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3298 (CO, C.A. No. 1:95–746)

*Allard's Bell Park Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2582 (CT, C.A. No. 3:94–1995)

*A.P.R. Drug, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3333 (CT, C.A. No. 3:95–551)

*Edgehill Drugs, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–5413 (DE, C.A. No. 1:95–195)

*Ossi's Apothecary, Inc. v. Abbott Laboratories, et al.,* C.A. No. 1:96–1150 (FLM, C.A. No. 3:95–1031)

*Bobo's Drugs, Inc., et al. v. American Home Products Corp., et al.,* C.A. No. 1:94–5449 (FLM, C.A. No. 6:94–726)

Mims Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:94–7586 (FLM, C.A. No. 6:94–1088)

Mims Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3266 (FLM,, C.A. No. 6:95–336)

Chipley Drugs, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:94–3263 (FLN, C.A. No. 5:94–50354)

Ace Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:94–1667 (GAS, C.A. No. 5:94–6)

Anthony B. Meadows, et al. v. Abbott Laboratories, et al., 1:95–37 (GAS, C.A. No. 5:94–85)

Ace Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2934 (GAS, C.A. No. 5:95–24)

Adams Drug Store, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2932 (GAS, C.A. No. 5:95–31)

Thompson Dean Drug, Inc., et al. v. Abbott Laboratories, Inc., et al., C.A. No. 1:96–6963 (IAN, C.A. No. 5:95–4012)

Alexander Drug Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–159 (ID, C.A. No. 1:94–462)

Ronald Baker, et al. v. Abbott Laboratories, et al., C.A. No. 1: 95–1874 (ID, C.A. No. 1:95–58)

Broadway Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1: 95–3242 (ID, C.A. No. 1:95–154)

Chastains, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1: 95–1873 (ID, C.A. No. 3:95–50)

Austin Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1: 95–751 (INS, C.A. No. 1:94–1966)

Butt Rexall Drugs, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1: 95–2923 (INS, C.A. No. 1:95–412)

Agler Drug Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–482 (KS, C.A. No. 5:94–4194)

Bill Bond Pharmacies, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–520 (KS, C.A. No. 5:94–4233)

F & M Drug Co., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–1506 (KS, C.A. No. 5:94–4256)

Byrne's Pharmacy, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3241 (KS, C.A. No. 5:95–4046)

Ardery Drug, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:94–7752 (KYE, C.A. No. 3:94–76)

Arthur G. Jacob, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2712 (KYE, C.A. No. 3:95–32)

Anderson County Discount Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3553 (KYE, C.A. No. 3:95–41)

Anward J. Mayeaux, et al. v. Abbott Laboratories, et al., C.A. No. 1:94–1666 (LAE, C.A. No. 2:94–242)

AcKal's Iberia Pharmacy, et al. v. Abbott Laboratories, et al., C.A. No. 1:94–7375 (LAE, C.A. No. 2:94–3349)

Miller Drugs, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–876 (LAE, C.A. No. 2:94–4152)

Advance Drug, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3096 (LAE, C.A. No. 2:95–1051)

Anward J. Mayeaux, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2895 (LAE, C.A. No. 2:95–1052)

Austin Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3025 (MD, C.A. No. 1:95–940)

Baars Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–1416 (MIE, C.A. No. 2:95–70115)

Bath Pharmacy, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3090 (MIE, C.A. No. 2:95–71281)

Rockport Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–643 (MOE, C.A. No. 4:94–1471)

Rockport Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–6001 (MOE, C.A. No. 4:95–564)

Sunshine & Shadow Enterprises, Inc., et al. v. American Home Products Corp., et al., C.A. No. 1:95–5414 (MOE, C.A. No. 4:95–1078)

Diket's Professional Drugs, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–1365 (MSS, C.A. No. 1:94–569)

Bergum Drug, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2971 (MT, C.A. No. 6:95–19)

RX Center, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:94–7816 (NCE, C.A. No. 5:94–807)

Rhoden Enterprises, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2896 (NCE, C.A. No. 5:95–268)

Eugene D. Rivard, Partners, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–6994 (NH, C.A. No. 1:95–151)

Clinical Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2854 (NM, C.A. No. 1:95–276)

Albin L. Kaiser, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–5634 (NV, C.A. No. 3:95–163)

Drug Mart Pharmacy Corp., et al. v. American Home Products Corp., et al., C.A. No. 1:94–1206 (N.Y.E, C.A. No. 1:93–5148)

Marine Park Pharmacy & Surgical, Inc., et al. v. Abbott Laboratories, Inc., et al., C.A. No. 1:95–2197 (N.Y.E, C.A. No. 1:94–5008)

Bi–Wise Pharmacy, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–1866 (N.Y.E, C.A. No. 1:95–402)

Phar–Mor, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2855 (N.Y.E, C.A. No. 1:95–1261)

Drug Mart Pharmacy Corp., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3142 (N.Y.E, C.A. No. 1:95–1292)

Bay Parkway Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:96–1497 (N.Y.E, C.A. No. 1:95–4128)

Lowen's Drug Store, et al. v. Abbott Laboratories, et al., C.A. No. 1:97–3201 (N.Y.E, C.A. No. 1:97–100)

Friendly Pharmacy v. American Home Products Corp., et al., C.A. No. 1:94–2355 (N.Y.S, C.A. No. 1:93–8271)

Allen's Pharmacy, et al. v. Abbott Laboratories, et al., C.A. No. 1:95–481 (OHN, C.A. No. 1:94–2151)

Bay View Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3339 (OHN, C.A. No. 1:95–752)

Marc Glassman, Inc. v. Abbott Laboratories, et al., C.A. No. 1:95–2808 (OHN, C.A. No. 1:95–761)

B.K. Drugs, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–3338 (OHN, C.A. No. 1:95–762)

Al Tell Pharmacy & Gift Shoppe, Inc. v. Abbott Laboratories, Inc., et al., C.A. No. 1:95–1668 (OHN, C.A. No. 4:94–2665)

Reaman Shawnee Pharmacy, Inc., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–7328 (OHN, C.A. No. 5:95–2131)

Tiger Drug Co., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–662 (OKE, C.A. No. 6:94–578)

Thomas R. Barnett, R.Ph., et al. v. Abbott Laboratories, et al., C.A. No. 1:95–2857 (OKE, C.A. No. 6:95–152)

*Beaverton Pharmacy Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–1571 (OR, C.A. No. 3:94–1526)

*South Salem Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2696 (OR, C.A. No. 3:95–400)

*2401 E. York St., Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–7272 (PAM, C.A. No. 1:94–1694)

*RX USA, Inc. v. Abbott Laboratories, et al.,* C.A. No. C.A. No. 1:94–7034 (PAM, C.A. No. 3:94–1497)

*Andrew Brown's Drug Store, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2925 (PAM, C.A. No. 3:95–485)

*Hook–Superx, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2924 (PAM, C.A. No. 3:95–498)

*Rite Aid Corp., et al. v. American Home Products Corp., et al.,* C.A. No. 1:94–1200 (PAM, C.A. No. 4:93–1580)

*Savitz Drug Store, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–2651 (SC, C.A. No. 2:94–179)

*Clinkscales Drugs, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–375 (SC, C.A. No. 2:94–2798)

*Savitz Drug Store, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3215 (SC, C.A. No. 2:95–869)

*Black's Drug Store, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3214 (SC, C.A. No. 2:95–870)

*Assam Drug Co., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2682 (SD, C.A. No. 3:95–3008)

*B & L, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3033 (SD, C.A. No. 3:95–3011)

*B–Z Inc., et al. v. Abbott Laboratories, Inc., et al.,* C.A. No. 1:95–1266 (TNM, C.A. No. 3:94–909)

*Cherokee Pharmacy & Medical Supply, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–4274 (TNM, C.A. No. 3:95–304)

*Malley's Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–2650 (TXE, C.A. No. 1:94–97)

*Brookshire Brothers, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–95–3032 (TXE, C.A. No. 1:95–129)

*Pharmhouse Corp., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3141 (TXE, C.A. No. 1:95–175)

*F & M Distributors, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–4776 (TXE, C.A. No. 1:95–264)

*Sunny Chin, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–1142 (TXS, C.A. No. 3:93–775)

*Mainland Pharmacy, Inc. v. Abbott Laboratories, et al.,* C.A. No. 1:94–2649 (TXS, C.A. No. 3:94–76)

*Tarpley & Smith Drugs, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–6249 (TXS, C.A. No. 3:94–704)

*Sunny Chin, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2711 (TXS, C.A. No. 3:95–167)

*Mainland Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2714 (TXS, C.A. No. 3:95–168)

*H & Z Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–547 (TXS, C.A. No. 3:95–547)

*Randall's Food & Drug Inc. v. Abbott Laboratories, et al.,* C.A. No. 1:94–6416 (TXS, C.A. No. 4:94–2866)

*BTP Ace Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–87 (TXS, C.A. No. 4:94–3546)

*Randall's Food & Drugs, Inc. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3265 (TXS, C.A. No. 4:95–974)

*Apothecary & Escondico Surgical Supply, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–3026 (TXS, C.A. No. 4:95–976)

*HP Ace, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:94–2104 (TXW, C.A. No. 1:94–29)

*HP Ace, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2783 (TXW, C.A. No. 1:95–182)

*Alexandria Medicare Supply Co., Inc., et al. v. American Home Products Corp., et al.,* C.A. No. 1:94–6394 (VAE, C.A. No. 3:94–638)

*Albost, Inc. v. Abbott Laboratories, et al.,* C.A. No. 1:95–740 (VAE, C.A. No. 3:94–879)

*Marshall Pharmacies, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2931 (VAE, C.A. No. 3:95–240)

*Mutual Drug, Inc. et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2935 (VAE, C.A. No. 3:95–250)

*4 W's, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–796 (WAW, C.A. No. 2:94–1767)

*Bates Drug Stores, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2937 (WAW, C.A. No. 2:95–473)

*Berkeley Springs Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–679 (WVS, C.A. No. 2:94–1040)

*Family Discount Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2849 (WVS, C.A. No. 2:95–191)

*Berkeley Springs Pharmacy, Inc., et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2851 (WVS, C.A. No. 2:95–241)

*AJM Corp., et al. v. Abbbott Laboratories, et al.,* C.A. No. 1:95–435 (WY, C.A. No. 1:94–1051)

*Corner Drug, et al. v. Abbott Laboratories, et al.,* C.A. No. 1:95–2921 (WY, C.A. No. 1:95–1018)